# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

150715

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
              Plaintiff-Appellee,

v                                                          SC: 150715
                                                           COA: 323391
                                                           Bay CC: 09-010801-FH
DOUGLAS WILLIAM JAMISON,
              Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 7, 2014 order of the Court of Appeals is considered. We DIRECT the Bay County Prosecutor to answer the application for leave to appeal within 28 days after the date of this order. In particular, the prosecutor shall address the basis, if any, for assigning 10 points for OV 9, MCL 777.39, and for assigning 10 points for OV 19, MCL 777.49.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



Clerk

p1118